IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NANCY SWAN,                          :

    Plaintiff,                   :

vs.                                  :    CIVIL ACTION 16-207-WS-M

ALTAPOINTE HEALTH SYSTEMS,           :
*et al.*,
                                     :
    Defendants.

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.[1] It is ORDERED that the federal claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), because the claims are either frivolous or fail to state a claim upon which relief can be granted, and the state-law claims be dismissed without prejudice. It is further ORDERED that the Clerk close this action.

DONE this 16th day of August, 2016.

                                             s/WILLIAM H. STEELE
                                             CHIEF UNITED STATES DISTRICT JUDGE

---

[1] The Report and Recommendation contains a few inadvertent references to the Plaintiff as "he" or "his." These errors are immaterial to the holding and are left uncorrected.