IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

NANCY SWAN,                          :

    Plaintiff,                   :

vs.                                  :     CIVIL ACTION 16-207-WS-M

ALTAPOINTE HEALTH SYSTEMS,           :
*et al.*,
                                     :
    Defendants.

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED that the federal claims be dismissed without prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and (ii), because the claims are either frivolous or fail to state a claim upon which relief can be granted, and the state-law claims be dismissed without prejudice.  No costs are to be taxed.

    DONE this 16th day of August, 2016.

                                            s/WILLIAM H. STEELE
                                            CHIEF UNITED STATES DISTRICT JUDGE